

# NUMBERS 13-22-00332-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## EX PARTE LUIS RESENDIZ ROMERO

---

### On appeal from the 18th District Court of Johnson County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on appellant's motion to abate. Appellant, Luis Resendiz Romero, has filed a notice of appeal with this Court from a denial of a pretrial writ of habeas corpus. On June 21, 2022, the trial court entered a judgment of conviction in the case. Additionally, the trial court's certification of the defendant's right to appeal signed on the same day as the judgment was issued indicates the case "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On July 28, 2022, we ordered appellant's counsel to review the record and identify

substantive reasons why appellant has a right to appeal. Upon review of appellant counsel's response, we are of the opinion this matter should be abated.

Accordingly, we grant appellant's motion in part and abate this appeal and remand this cause to the trial court for a hearing to determine (1) whether the trial court's certification is correct as related to the order denying pretrial habeas corpus, (2) whether a trial court's certification of appealability related to the order denying pretrial habeas corpus needs to be created, (3) whether the appellant has the right to appeal the order denying pretrial habeas corpus, and (4) whether court-appointed counsel shall represent appellant on this pending appeal.

We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court's findings and conclusions, a new or amended certification, if any, any final judgments in the cause, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause a supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
1st day of September, 2022.